# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>JEFFERY ALLAN MASCIO,<br><br>Debtor. | Bankruptcy Case No. 25-10631-TBM,<br><br>Chapter 7, |
| PETER AND SUZANNE GRAHAM,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFERY ALLAN MASCIO,<br><br>Defendant. | Adversary Proceeding No.<br>25-01157-TBM |

## ORDER GRANTING JOINT MOTION FOR ENTRY OF JUDGMENT

THIS MATTER is before the Court upon the "Joint Motion For Entry of Judgment" (Docket No. 40, the "Motion") and the "Settlement Agreement Regarding Adversary Proceeding" (Docket No. 42, the "Settlement Agreement") filed by Plaintiffs Peter and Suzanne Graham (the "Grahams) and Defendant/Counterclaimant Jeffery Allan Mascio ("Mascio") (together, the "Parties").  Counsel for the Grahams assert that the Parties provided proper notice of the Motion (Docket No. 43) and no response has been filed. Accordingly, the Court, finding cause for granting the requested,

IT IS THEREFORE ORDERED that

1. The Motion is GRANTED and the Parties' Settlement Agreement is APPROVED;
2. Judgment shall be entered in favor of the Grahams regarding their claim that the Washington Judgment (as defined in the Motion and Settlement

Agreement) is non-dischargeable pursuant to 11 U.S.C. § 523(a)(19). Accordingly, the Washington Judgment is and shall be excepted from any discharge of Mascio in this or any future bankruptcy proceeding.

3. All other claims asserted by the Grahams against Mascio in this Adversary Proceeding (as referenced in the Motion), and all counterclaims by Mascio and against the Grahams in this Adversary Proceeding, are dismissed.

4. Each party shall bear its own costs and fees.

5. The Clerk may close this Adversary Proceeding in due course.

DATED this 28th day of January 2026

BY THE COURT:

*Thomas B. McNamara*
Honorable Thomas B. McNamara
United States Bankruptcy Court Judge