**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re:<br><br>JEFFERY ALLAN MASCIO,<br><br>Debtor. | Bankruptcy Case No. 25-10631 TBM<br>Chapter 7 |
| PETER AND SUZANNE GRAHAM,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFERY ALLAN MASCIO,<br><br>Defendant. | Adv. Pro. No. 25-1175 TBM |

**JUDGMENT**

Pursuant to and in accordance with the Order issued by the Honorable Thomas B. McNamara, Bankruptcy Judge on the "Joint Motion for Entry of Judgment" (Docket No. 40, the "Joint Motion") and the related "Settlement Agreement Regarding Adversary Proceeding" (Docket No. 42, the "Settlement Agreement"), and entered on the record in the above-entitled matter on even date herewith, it is hereby

ORDERED that judgment is entered in favor of the Plaintiffs, Peter and Suzanne Graham and against the Defendant, Jeffery Allan Mascio, determining that the "Washington Judgment" as defined in the Joint Motion and the Settlement Agreement, is excepted pursuant to 11 U.S.C. § 523(a)(19) from any discharge the Defendant, Jeffery Allan Mascio may receive in his Main Bankruptcy Case, *In re Jeffery Allan Mascio*, Case No. 25-10631 TBM (Bankr. D. Colo.) or, as agreed, in any future bankruptcy proceeding.

Dated this 28th day of January, 2026.

BY THE COURT:

Thomas B. McNamara
United States Bankruptcy Judge

FOR THE COURT

Deputy Clerk